# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Criminal No. **13-10064-JDB** |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| BILLY RAY WYATT, ) | |
| ) | |
| Defendant. ) | |

## POSITION OF THE UNITED STATES AS TO PRE-SENTENCE REPORT

Comes now the United States Attorney for the Western District of Tennessee by and through his duly authorized Assistant, Debra L. Ireland, and takes the following position regarding the pre-sentence report prepared and filed in the above styled and numbered cause:

The United States has no objections, and therefore requests no amendments or adjustments.

Respectfully submitted,

EDWARD L. STANTON III
Acting United States Attorney

By: /s/ Debra L. Ireland
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I, Debra L. Ireland, Assistant United States Attorney, do hereby certify that a copy of the foregoing Motion was forwarded by electronic means, via the Court's Electronic Filing System, to C. Timothy Crocker, Esq., Attorney for Defendant, 1026 College Street, Bancorp South Building, Suite 202, Milan, Tennessee, 38358.

This   4th    Day of September, 2014.

                                              /s/   Debra L. Ireland
                                            Assistant United States Attorney